## George E. MYERS, Defendant/Appellant,

v.

## STATE of Missouri, Plaintiff/Respondent.

### No. 66836.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Movant appeals from the dismissal, for untimely filing, of his Rule 29.15 motion for post-conviction relief. We affirm. The motion court's conclusion is not clearly erroneous. An extended opinion would have no precedential value. Rule 84.16(b).

## Nicholas PIRTLE, Appellant,

v.

## STATE of Missouri, Respondent.

### No. 66960.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the action of the motion court was not clearly erroneous. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).